# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ROBERT MASON,

    Plaintiff,

vs.                           Case No. 4:10cv182-MP/WCS

NURSE L. WATKINS, et al.,

    Defendants.

    _____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding *pro se*, has filed an *in forma pauperis* motion and a civil rights complaint under 42 U.S.C. § 1983. Docs. 1, 2. At the top of the complaint, Plaintiff wrote the word, "Middle" which indicates he intended to file this action in the Middle District of Florida rather than in this Court. Furthermore, all of the Defendants named are located at Union Correctional Institution which is near Raiford, Florida, and within the jurisdiction of the Middle District. Plaintiff does not include his address on the complaint form, nor did Plaintiff sign either the complaint or the *in forma pauperis* motion. Review of the Department of Corrections website indicates Plaintiff is currently incarcerated at Union Correctional Institution.

Because Plaintiff and all Defendants are located within the Middle District of Florida, and all the allegations concern events which occurred there, this action should be transferred to the Middle District pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b). The issues with the unsigned pleadings should be addressed by that court.

A federal district court has the authority under 28 U.S.C. § 1406(a) to transfer a case to another district or division "in which it could have been brought." The Court may also raise the issue of defective venue *sua sponte*. Lipofsky v. New York State Workers Comp. Bd., 861 F.2d 1257, 1259 (11th Cir. 1988) (stating "a district court may raise on its own motion an issue of defective venue or lack of personal jurisdiction; but the court may not dismiss without first giving the parties an opportunity to present their views on the issue.")

In light of the foregoing, and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), I respectfully **RECOMMEND** transfer of this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on May 19, 2010.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:10cv182-MP/WCS