IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT MASON,

    Plaintiff,

v.                                        CASE NO. 4:10-cv-00182-MP-WCS

B CUNNINGHAM, NESVITT, L WATKINS,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 5 Report and Recommendation of the Magistrate Judge, recommending that this case be transferred.  The time for filing objections has passed, and none have been filed.  The Court agrees that this case should be transferred.  It is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation is adopted and incorporated herein.

This action is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division.

**DONE AND ORDERED** this  *24th*  day of August, 2010

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge